Attachment 10 - Motion

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

FILED
AUG 3 0 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

Brian P. Scannell

v.                                                          CASE NUMBER 7:22-cv-00183-DC-RCG

Medicare Group USA, LLC

MOTION FOR VOLUNTARY DISMISSAL UNDER RULE 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure

Now comes Brian P. Scannell, Plaintiff *pro se*, and requests the Court to: pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure enter an order finding that this matter is dismissed without prejudice pursuant to that rule.

Date: August 30, 2022

_____
Signature

Address: 1701 Castleford Road, Midland, TX 79705

Phone: (478) 955-9709

50

Rev. Ed. October 26, 2017

**Attachment 11 - Certificate of Service**

## CERTIFICATE OF SERVICE

I, <u>Brian P. Scannell</u>, Plaintiff pro se, do here by certify that on the <u>30th</u> Day of <u>August, 2022</u>, a true and correct copy of the foregoing pleading was forwarded to <u>J. David Henderson</u>, the attorney for (Defendant) by <u>United States Postal Service Priority Mail Service, Signature Required, Tracking Number 9410 8036 9930 0153 0084 05</u> at the following address:

<u>J. David Henderson</u>
<u>Hartline Barger, LLP</u>
<u>8750 N. Central Expressway, Suite 1600</u>
<u>Dallas, Texas 75231</u>
<u>(214) 369-2100</u>

Dated: <u>August 30, 2022</u>

_____
Signature of Plaintiff